sage
PERSONAL FINANCE

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on 10/10/2026, Nadelfi Ledezma

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the Western District of North Carolina .

Case number: 26-50398

Certificate number: NCW26-503985074609

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance