# Certificate of Debtor Education

I certify that on 10/10/2026, Daniel Ledezma

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the Western District of North Carolina.

Case number: 26-50398

Certificate number: NCW26-503985074616

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance