sage
PERSONAL FINANCE

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on 10/13/2026, Pamela Rushing

completed a course on personal financial management given by Sage Personal Finance, an approved provider of debtor education in the Western District of North Carolina.

Case number: 26-50287

Certificate number: NCW26-502875079621

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance